UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT V. JUSTICE,<br><br>        Plaintiff,<br><br>    v.<br><br>CLEO LUNA,<br><br>        Defendant. | Case No.: 1:16-mc-00052-BAM<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH VEXATIOUS LITIGANT ORDER |

    On October 20, 2016, Plaintiff Robert V. Justice, acting in *pro* se, filed this suit against Cleo Luna, Staff Services Manager I at Avenal State Prison, seeking a contempt order for alleged violation of a federal executive order. *See* Doc. 1.

    On July 22, 2003, the district court in the Southern District of California declared Plaintiff a vexatious litigant and enjoined him "from filing any new civil actions in any federal court of the United States, without first obtaining leave of that court." *Volney v. Super. Ct.*, Case No. 03CV1036-J (POR) (S.D. Cal. Jul. 22, 2003) (Order: (1) Dismissing Action for Lack of Subject Matter Jurisdiction; (2) Declaring Plaintiff a Vexatious Litigant; and (3) Enjoining Plaintiff from Filing New Civil

Actions, p. 10).[1] The district court's order directed that in order to obtain leave from any federal court to file a new civil action, Plaintiff must lodge with the Clerk of the Court a motion for leave to file a new complaint, along with a copy of the complaint and a copy of the vexatious litigant order. *Id.* at 10-11.  Additionally, Plaintiff must submit a sworn affidavit or declaration certifying that "the complaint [raises] a new issue which has never been raised previously by him in either a state or federal court," that "his claim is well-grounded in fact and in law and is not frivolous" and that "in prosecuting the action, he will comply with all federal and local rules of civil procedure." *Id.* at 11. The district court's vexatious litigant order remains binding on Plaintiff.[2]

The record in this case indicates that Plaintiff did not inform the Court of his status as a vexatious litigant, nor did he comply with any of the requirements set forth in the order declaring him a vexatious litigant prior to filing this action.

Accordingly, IT IS HEREBY ORDERED as follows:

1. **No later than November 11, 2016,** Plaintiff shall show cause in writing why this action should not be dismissed for failure to comply with the vexatious litigant order issued by the Southern District of California; and

2. **Plaintiff's failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **October 27, 2016**                    /s/ *Barbara A. McAuliffe*
                                                           UNITED STATES MAGISTRATE JUDGE

---

[1] The Court may take judicial notice of court records in other cases. *United States v. Howard*, 381 F.3d 873, 876 n. 1 (9th Cir. 2004).

[2] On September 19, 2007, the Southern District of California denied Plaintiff's motion to dissolve the vexatious litigant order. *Volney v. Super. Ct.*, No. 03CV1036-J (POR), 2007 WL 2753291, *1 (S.D. Cal. Sept. 19, 2007). The Ninth Circuit affirmed on July 7, 2009. *Justice v. Super. Ct. of Cal.*, 341 Fed.Appx. 294 (9th Cir. 2009).